01  \_\_FILED \_\_\_ENTERED
    \_\_LODGED \_\_\_RECEIVED

02  APR - 4 2011

03  AT SEATTLE
    CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
04  BY                                  DEPUTY

10-CV-05488-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DASHA M. MARUSH, | ) |
| | ) CASE NO. C10-5488-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF REMAND |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

//

ORDER OF REMAND
PAGE -1

01      (3)     The Clerk of the Court is directed to send copies of this Order to the parties and
02 to Judge Theiler.
03      DATED this 3rd day of April, 2011.

                                              /s/ James L. Robart
                                              JAMES L. ROBART
                                              United States District Judge

ORDER OF REMAND
PAGE -2